IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.12.84.139

**ISP:** Comcast Cable
**Physical Location:** Stafford, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/01/2019 10:28:52 | 4C46F34F2008E346FCD584E5844F79213DEC44F5 | Everybody Plays Three Ways |
| 05/15/2019 19:02:02 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 05/15/2019 18:50:05 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 12/31/2017 13:32:45 | C06868491BB3010DC2292A25CF658979195D0F4D | Sex For Three By The Sea |
| 12/30/2017 03:58:50 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 07/02/2017 13:26:27 | 9D5CDFEA75C245C909F33367BD777FF3CD69C916 | The Cabin And My Wood |
| 07/02/2017 13:16:40 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

EVA465