# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | **CASE NO. 1:19-cv-00895-RDA-JFA** |
| Plaintiff, | |
| v. | |
| JOHN DOE subscriber assigned IP address 73.12.84.139, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 73.12.84.139. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 7, 2019

                                                     By: <u>*John C. Decker, II, Esq.*</u>
                                                     John C. Decker, II, Esquire (30135)
                                                   Law Offices of John C. Decker, II
                                                   5207 Dalby Lane
                                                   Burke, Virginia 22015
                                                   (703) 503-0254 (ph.)
                                                   (703) 503-2295 (fax)
                                                   E-mail: the.decks@verizon.net

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                                                            By:  *John C. Decker, II, Esq.*