IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 72.12.84.139,<br><br>*Defendant.* | Civil Action No. 1:19-cv-00895 (RDA) |

## ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [Dkt. 11]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a matter may be dismissed by the Plaintiff before the opposing party serves either an answer or a motion for summary judgment. Having found that no answer or motion for summary judgment has been filed by Defendant in this matter, and for good cause shown, the Court hereby orders that the matter is **DISMISSED WITH PREJUDICE.**

It is SO ORDERED.

/s/
Rossie D. Alston, Jr.
United States District Judge

October 9, 2019
Alexandria, Virginia