AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 1:19-cv-895   DATE FILED 07-08-2019 | US District Eastern District of Virginia<br>401 Courthouse Square, Alexandria, VA. 22314 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MALIBU MEDIA, LLC | JOHN DOE subscriber assigned IP address 73.12.84.139 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| Dismissed Voluntarily<br>☑ Order   ☐ Judgment | ☐ Yes   ☑ No | 10/9/2019 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Fernando Galindo, Clerk | | 10/9/2019 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.12.84.139

**ISP:** Comcast Cable
**Physical Location:** Stafford, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/01/2019 10:28:52 | 4C46F34F2008E346FCD584E5844F79213DEC44F5 | Everybody Plays Three Ways |
| 05/15/2019 19:02:02 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 05/15/2019 18:50:05 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 12/31/2017 13:32:45 | C06868491BB3010DC2292A25CF658979195D0F4D | Sex For Three By The Sea |
| 12/30/2017 03:58:50 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 07/02/2017 13:26:27 | 9D5CDFEA75C245C909F33367BD777FF3CD69C916 | The Cabin And My Wood |
| 07/02/2017 13:16:40 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

EVA465

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> JOHN DOE, subscriber assigned IP address 72.12.84.139, <br><br> *Defendant.* | Civil Action No. 1:19-cv-00895 (RDA) |

## ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [Dkt. 11]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a matter may be dismissed by the Plaintiff before the opposing party serves either an answer or a motion for summary judgment. Having found that no answer or motion for summary judgment has been filed by Defendant in this matter, and for good cause shown, the Court hereby orders that the matter is **DISMISSED WITH PREJUDICE.**

It is SO ORDERED.

/s/
Rossie D. Alston, Jr.
United States District Judge

October 9, 2019
Alexandria, Virginia